# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

COUNTY OF SANTA CRUZ,

               Plaintiff,

     vs.

ABBEY GROUP CONSULTANTS, INC.,

               Defendant.

3:18-cv-00046-RCJ-VPC

**ORDER**

This case arises from the County of Santa Cruz's ("the County") efforts to collect on a money judgment issued by the U.S. District Court for the Northern District of California.

## I.     FACTS AND PROCEDURAL BACKGROUND

On January 17, 2012, a stipulated money judgment of $75,000 was entered against Abbey Group Consultants, Inc. ("Abbey Group") and J-Corr Technologies, Inc. ("J-Corr") in the Northern District of California. (J., ECF No. 9 at 5.) On March 22, 2012, a Clerk's Certification of that judgment was entered in the docket of this Court. (ECF No. 1.) On October 25, 2017, the County—the judgment creditor in the California case—filed a motion for writ of execution of the judgment in this Court. (Mot. Writ Execution, ECF No. 9.) The following day, the Clerk of Court issued the writ in accordance with the stipulated judgment. (Writ Execution, ECF No. 10.)

Thereafter, the Washoe County Sheriff's Office served the writ on Bank of America, where J-Corr held an account. Bank of America located the appropriate account and attached

$12,553.86 in compliance with the writ. On January 11, 2018, the Washoe County Sheriff sent the County a check for $12,439.16 as proceeds of the writ's execution. According to the County, this was the first successful enforcement of its January 2012 judgment.

On January 25, 2018, objector John Abbey filed the motion now before the Court, requesting an exemption from the writ. The request is made on two grounds: first, that the monies seized from J-Corr's bank account were owed to or being held for a third party, and second, that J-Corr was not a named defendant in the underlying California case. The County has moved to strike Mr. Abbey's motion. (Mot. Strike, ECF No. 17.)

## II.  ANALYSIS

The motion for exemption was filed by Mr. Abbey, who is not a party to this action and was not a party to the underlying California case, yet the motion indicates that Abbey Group and J-Corr are appearing "in proper person." The Court will therefore grant the County's request to strike Mr. Abbey's motion. Abbey Group and J-Corr may not appear pro se in this Court, nor can Mr. Abbey represent them. "A corporation may appear in federal court only through licensed counsel," *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993), and a non-attorney individual has no authority to appear in court on behalf of anyone other than himself, *C.E. Pope Equity Tr. v. United States*, 818 F.2d 696, 697 (9th Cir. 1987).

The Court also notes that Mr. Abbey's motion would fail on its merits even if it were properly filed, for the very reasons provided in the County's response. (*See* Resp. 3–5, ECF No. 18.)

/ / /

/ / /

/ / /

/ / /

## CONCLUSION

IT IS HEREBY ORDERED that the motion to strike (ECF No. 17) is GRANTED. The motion at ECF No. 13 shall be STRICKEN.

IT IS SO ORDERED. 24 April 2018.

_____
ROBERT C. JONES
United States District Judge